# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>LAKITA SLATER<br>SSAN: XXX-XX-4954<br><br>Debtor(s) | Case No. 17-32037-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 18, 2017.

2. The debtor(s) §341 Meeting of Creditors was held August 31, 2017.

3. The debtor(s) overall pay record is 0%.

(X) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(X) The plan is not feasible and payments need to be raised to $255.00 biweekly to be feasible.

(X) The debtor(s) failed to commence plan payment as required by 11 U.S.C. § 1326.

(X) The specified payment for the claim of S & K Wholesales is insufficient to pay the claim in five years.

**(X)** Debtor was to amend the Petition to correct her name and aliases.

**(X)** Debtor was to amend the plan and schedules to reflect a possible inheritance from her mother and to reflect a potential cause of action against S & K Wholesales for a violation of TILA.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 25, 2017.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Audrey L. Willis*
Audrey L. Willis
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this September 25, 2017.

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/*Audrey L. Willis*
Audrey L. Willis
Staff Attorney